PROB 12B
(7/93)

Report Date:  May 16, 2006

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 18 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Eastern District of Washington

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  Eric Lee Morrow                    Case Number: 2:03CR02051-001

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence:  12/15/2003            Type of Supervision:  Supervised Release

Original Offense: Receipt of a Firearm by Person            Date Supervision Commenced:  5/8/2006
Under Indictment or Information for a Felony, 18
U.S.C. § 922(n)

Original Sentence: Prison - 15 Months; TSR - 36            Date Supervision Expires:  5/7/2008
Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

18      You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as
        directed by the supervising probation officer, but no more than six tests per month, in order to confirm
        continued abstinence from these substances.

## CAUSE

The offender just released from custody to begin supervision after serving a 3-month term of confinement for
previous violations of his supervised release. His substance abuse testing condition needs to be modified to indicate
a specific number of urine tests to be in compliance with 9th Circuit Case Law.  The offender has agreed to the
modification and a signed wavier form is enclosed for the Court's review.

Respectfully submitted,

by

Kevin Crawford
U.S. Probation Officer
Date: May 16, 2006

Prob 12B
**Re:  Morrow, Eric Lee**
**May 16, 2006**
**Page 2**

## THE COURT ORDERS

[  ]    No Action
[  ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[  ]    Other

_____
Signature of Judicial Officer

MAY 18 2006
Date