PROB 12B
(7/93)

Report Date: October 4, 2006

# United States District Court

## for the

## Eastern District of Washington

**Request for Modifying the Conditions or Term of Supervision with Consent of the Offender**

*(Probation Form 49, Waiver of Hearing is Attached)*

RECEIVED
OCT 04 2006
CLERK, US DISTRICT COURT
SPOKANE, WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 04 2006
JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Eric Lee Morrow           Case Number: 2:03CR02051-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen

Date of Original Sentence: 12/15/2003        Type of Supervision: Supervised Release

Original Offense: Receipt of a Firearm by Person Under Indictment or Information for a Felony, 18 U.S.C. § 922(n)

Date Supervision Commenced: 05/08/2006

Original Sentence: Prison - 15 Months; TSR - 36 Months

Date Supervision Expires: 05/07/2008

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

15    You shall participate in the home confinement program for 60 days. You shall abide by all the requirements of the program, which will include electronic monitoring or other location verification system. You shall pay all or part of the costs of the program based upon your ability to pay. You are restricted to your residence at all times except for employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as pre-approved by the supervising probation officer.

### CAUSE

On June 8, 2006, Mr. Morrow was before the Court for a revocation hearing. He was found to be in violation of his conditions of supervised release, and the Court modified his conditions to include up to a 180-day placement at a residential reentry center (RRC). On September 11, 2006, a status hearing was held before the Court to address the defendant's adjustment on supervision at the RRC. The Court was advised that Mr. Morrow had obtained lawful employment at a living wage, but had not yet been able to begin his chemical dependency treatment. The Court issued an order advising that, at an appropriate time, after entering his substance abuse program, the U.S. Probation Officer has the discretion to approve a residence in the community.

This officer contacted New Horizons Counseling Service on October 2, 2006. The treatment provider reported Mr. Morrow had been attending group sessions, and believes he is ready to transition to electronic home monitoring. Mr. Morrow has obtained a residence where he can release to, and serve the remainder of his 180 days on home confinement in lieu of the RRC.

Respectfully submitted,

by *[signature]*

Matthew L Thompson
U.S. Probation Officer
Date: October 4, 2006

---

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

*[signature]*
Signature of Judicial Officer

Oct 4 2006
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

15   You shall participate in the home confinement program for 60 days. You shall abide by all the requirements of the program, which will include electronic monitoring or other location verification system. You shall pay all or part of the costs of the program based upon your ability to pay. You are restricted to your residence at all times except for employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as pre-approved by the supervising probation officer.

Witness: _____          Signed: _____
         Matthew L Thompson                          Eric Lee Morrow
         U.S. Probation Officer                     Probationer or Supervised Releasee

                        October 4, 2006
                             Date