PROB 12B
(7/93)

Report Date: April 19, 2007

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 24 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Eric Lee Morrow                     Case Number: 2:03CR02051-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen

Date of Original Sentence: 12/15/2003                  Type of Supervision: Supervised Release

Original Offense: Receipt of a Firearm by Person Under Indictment or Information for a Felony, 18 U.S.C. § 922(n)

Date Supervision Commenced: 05/08/2006

Original Sentence: Prison - 15 Months; TSR - 36 Months

Date Supervision Expires: 05/07/2008

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

17    You shall be released from Geiger Corrections Center on May 4, 2007, for the purpose of entering and completing inpatient treatment at Pioneer Center East. Upon completion of inpatient treatment, you will return to the residential reentry center for a period of 30 days. You shall not be entitled to the benefits of the prerelease component. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

### CAUSE

On March 9, 2007, Your Honor signed an order modifying the conditions of supervision directing the defendant to reside in a residential reentry center (RRC) for a period of up to 90 days. The modification was designed to address Mr. Morrow's continued drug use, in conjunction with his failure to report for required urinalysis testing. The issue had been staffed between the undersigned officer and treatment provider, and the concern was the defendant's inability to maintain sobriety while on his own in the community. It was hoped the structured setting of the RRC would assist him in this matter, while allowing him to continue treatment and maintain employment.

Mr. Morrow has continued to use controlled substances during his placement at Geiger Corrections Center. On March 28, 2007, the defendant submitted a urine sample to Geiger staff that tested positive for methamphetamine, hydrocodone, and marijuana. On April 12, 2007, Mr. Morrow submitted a urine sample that tested positive for morphine and codeine. In addition to these violations, he has driven a vehicle at Geiger without permission, which is of particular concern since his license is currently suspended.

Prob 12B
Re: Morrow, Eric Lee
April 19, 2007
Page 2

The defendant has requested this officer place him into inpatient treatment, and reports that he is unable to obtain sobriety in his current setting. This case has been staffed with Art Garcia from New Horizon, and also with Supervising U.S. Probation Officer Gayla Hunt. It has been determined the U.S. Probation Office currently has funds available to pay for inpatient treatment. The undersigned officer has contacted Pioneer Center East, and the earliest bed date available is May 4, 2007. Geiger Corrections Center has agreed to allow Mr. Morrow to remain at their facility until he can be released directly into inpatient treatment.

It is respectfully requested that Mr. Morrow be returned to the RRC for a period of 30 days following his completion of inpatient treatment. The purpose of the placement being to assist his transition back into the community. Mr. Morrow reports that his employer will maintain his position while he completes his inpatient treatment. Please advise the undersigned officer should Your Honor require a different course of action, or prefer a Court hearing to address the violation behavior.

Respectfully submitted,

by Matthew L Thompson
U.S. Probation Officer
Date: April 19, 2007

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

April 24, 2007
Date